**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE INTEREST OF: A.B.        :    No. 408 WAL 2018
                                              :
                                              :
PETITION OF: A.B., A MINOR     :    Petition for Allowance of Appeal from
                                              :    the Order of the Superior Court

## ORDER

**PER CURIAM**

       **AND NOW**, this 1st day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.